UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20- 2201 JJO

UNITED STATES OF AMERICA

v.

JUAN ANTONIO GUERRA MONROY

**Defendant.**
_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?   ___ Yes ✓ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   ___ Yes ✓ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY: _____
Manolo Reboso
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.   75397
99 N.E. 4th Street
Miami, Florida 33132
Tel:    305-961-9091
Fax:    305-530-7976
Email:  Manolo.Reboso@usdoj.gov

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

JUAN ANTONIO GUERRA MONROY

**CRIMINAL COMPLAINT**

CASE NUMBER: 20-2201 JJO

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about February 7, 2020, at Miami International Airport, in Miami-Dade County, in the Southern District of Florida, the defendant, JUAN ANTONIO GUERRA MONROY, did knowingly possess, use, and attempt to use a document prescribed by statute as evidence of authorized entry into the United States, that is, a Guatemalan passport containing a fraudulently obtained entry stamp, knowing such to be forged, altered, and unlawfully obtained, in violation of Title 18, United States Code, Section 1546(a).

I further state that I am an Enforcement Officer with U.S. Customs and Border Protection ("CBP"), and that this complaint is based on the following facts:

On or about February 7, 2020, the defendant, JUAN ANTONIO GUERRA MONROY, arrived at Miami International Airport aboard American Airlines Flight #983 from Guatemala City, Guatemala. The defendant presented a Guatemalan passport and U.S. visa to CBP for examination and entry into the United States. The defendant was referred to secondary inspection for admissibility verification. During the secondary examination, CBP Officers discovered false entry stamps affixed to his Guatemalan passport. A records check revealed that the defendant arrived in the United States on May 27, 2014, was authorized to remain here until November 26, 2014, and he did not depart the United States until December 25, 2015. A stamp affixed to his passport fraudulently indicated that the defendant had entered Guatemala on October 29, 2014. The records check also revealed that the defendant arrived in the United States on January 8, 2019, was authorized to remain here until July 7, 2019, and he did not depart the United States until November 6, 2019. A stamp affixed to his passport fraudulently indicated that he had entered Guatemala on June 21, 2019. During a secondary interview, the defendant admitted that he overstayed his visa on both occasions, obtained backdated stamps to conceal his true travel history, and paid $100.00 per backdated stamp. The defendant also admitted he knew it is illegal to pay someone to fraudulently stamp his passport to conceal his true travel history.

_____
LUIS CERVANTES, CBP ENFORCEMENT OFFICER
U.S. CUSTOMS AND BORDER PROTECTION

Sworn to before me, and subscribed in my presence,

__FEBRUARY 10, 2020__                    at      Miami, Florida
Date                                             City and State

JOHN O'SULLIVAN
__UNITED STATES MAGISTRATE JUDGE__        _____
Name and Title of Judicial Officer                Signature of Judicial Officer